UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTINA HAYWARD,

      Plaintiff,

v.                                                    Case No:  6:10-cv-1835-Orl-36DAB

SSP AMERICA, INC.,

      Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by United States Magistrate Judge David A. Baker on June 22, 2012 (Doc. 33).  In the Report and Recommendation, Judge Baker recommends that the Court grant Defendant SSP America, Inc.'s ("Defendant") Motion to Dismiss for Lack of Prosecution (Doc. 32), and dismiss this action. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate that this case should be dismissed for want of prosecution.  Doc. 33, p. 3; *See* Fed. R. Civ. P. 41(b).  Plaintiff Christina Hayward ("Plaintiff") has disregarded her obligation to engage in discovery by not responding to Defendant's discovery requests, failing to provide dates of availability for her deposition, and failing to keep the Court apprised of her address.  Doc. 33; *See Ward v.* Berry, 2011 WL 2175087 (M.D. Ga. 2011) (dismissing plaintiff's claim for failure to prosecute, comply with court orders, and provide an updated address).  Additionally, Plaintiff has repeatedly failed to respond to this Court's Orders.  *See* Doc 27 (Order directing parties to advise the Court as to the status of mediation); *see* Doc. 31 (Order to Show Cause as to why Plaintiff's case should not be dismissed for failure to keep the Court advised of her address).  Thus, after careful consideration

of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 33) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant SSP America, Inc.'s Motion to Dismiss for Lack of Prosecution filed on June 20, 2012 (Doc. 32) is **GRANTED.**

3. This action is **DISMISSED**..

4. The Clerk is directed to terminate all deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2012.

*[signature: Charlene Edwards Honeywell]*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge David A. Baker